IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-40-D1

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | **ORDER** |
| | : | |
| ANDREW LANDELLS | : | |

Upon motion of the Defendant, without objection from the Government, and for good cause shown, the Motion to Seal [DE 62] is hereby GRANTED, and the Motion to Seal and the Defendant's Sentencing Memorandum [DE 61] are hereby SEALED until further order of this Court.

SO ORDERED, this the 12 day of November, 2014.

JAMES C. DEVER, III
Chief U.S. District Judge