UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:13-CR-40-D-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| ANDREW WAYNE LANDELLS | ) | |

Upon the motion of the defendant and for good cause shown, it is hereby ordered that DE 114 be sealed until further notice by this Court.

This **14** day of **January**, 2021.

JAMES C. DEVER III
United States District Judge